No. 122. CUSTER CHANNEL WING CORP. ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Keith L. Seegmiller* for petitioners. *Solicitor General Marshall* and *Philip A. Loomis, Jr.,* for the United States.

No. 148. SUDDUTH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Morris Lavine* for petitioner. *Roger Arnebergh, Philip E. Grey* and *Michael T. Sauer* for respondent.

No. 169. KITCHEN *v.* REESE ET AL. Sup. Ct. La. Motion of Kenneth Franzheim II et al. to be added as parties respondent and motion of Lillie Weir Franzheim McCullar to be added as a party respondent granted. Certiorari denied. *H. Alva Brumfield* and *Sylvia Roberts* for petitioner. *Morris Wright* and *Joseph V. Ferguson II* for respondent Reese. *John L. Toler* on the motions.

No. 180. EDWARDS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *William H. Dempsey, Jr.,* and *Wade H. Sides, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.